**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

Southern District

---

David E. Patton
*Executive Director
and Attorney-in–Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2021

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Deft's request to temporarily modify his bail is DENIED. The Court notes that both the Probation Officer and the Gov't do not take a position with regard to this request. Clerk of Court is requested to terminate the motion at ECF No. 13. Dated: White Plains, NY
> July 27, 2022
> SO ORDERED:
>
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: **United States v. David Zayas**
    **22 CR 178 (NSR)**

Dear Honorable Román:

I am writing to ask that Your Honor temporarily modify the terms of Mr. Zayas's release to allow him to attend a comedy show on July 28, 2022, in Boston, Massachusetts. As background, on March 11, 2022, Mr. Zayas was released pursuant to a $100,000 bond that was secured by $20,000 in cash and co-signed by 5 financially responsible individuals. Under the terms of his release, Mr. Zayas is subjected to home detention at his home in Webster, Massachusetts. The proposed comedy show is set to begin at 7:00pm at the TD Garden in Boston. Mr. Zayas did not purchase these tickets – the tickets were a gift that he and his wife received. In light of Mr. Zayas's full compliance since his release on March 11, 2022, I ask that Your Honor allow this temporary modification.

I have communicated with Senior U.S. Probation Officer Benjamin Miller, who is monitoring Mr. Zayas. Via e-mail, Officer Miller indicated that "Due to [office] policy, I cannot take a position. Probation would leave this request up to the Court." Officer Miller added,

> That being said, save a marijuana positive at release, David has been in full compliance and available to Probation when requested. I'll note that David is legally able to use marijuana for medical purposes and is seeking to use the drug via court order from the SD/NY, but in the interim, he has not used and/or tested positive, which I know has not been easy for him. That is all to say, he's doing his best to remain in compliance, in the community, and present in his children's lives.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2022

      I have communicated with A.U.S.A. Josiah Pertz, and he takes no position on this request.

      Thank you for your consideration of this request.

                                  Sincerely,

                                  /s/

                                Benjamin Gold
                                Assistant Federal Defender

cc:    AUSA Timothy Joisha Pertz
       Supervisory U.S. Probation Officer Ben Miller