UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA                                    22 Cr. 178 (NSR)

:

– V. –

:

DAVID ZAYAS

_____

DAVID ZAYAS'S MOTION TO SUPPRESS

     DAVID ZAYAS, through undersigned counsel, respectfully seeks suppression of the firearms and narcotics and telephones that were recovered in the above-captioned case. As set forth in Mr. Zayas's accompanying Memorandum of Law, the evidence seized by law enforcement must be suppressed as the "fruit" of an unlawful seizure and as a "fruit" of an unlawful search. Additionally, suppression of the telephones is required because the warrant was invalid and because the police searched the phone *before* the issuance of the warrant.

                                       David Patton, Esq.
                                       Federal Defenders of New York
                                       81 Main Street, Suite 300
                                       White Plains, New York 10601
                                       914-458-8124

                                       By Benjamin Gold,
                                       Attorney for DAVID ZAYAS

To:    Damian Williams
        United States Attorney
        Southern District of New York
        300 Quarropas Street
        White Plains, New York  10601

        Attention:   Timothy Josiah Pertz
                           Assistant United States Attorney