**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2022

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. David Zayas**
              **22 CR 178 (NSR)**

Dear Honorable Román:

    I am writing to ask for a two-week extension to submit reply papers in relation to the motion to suppress that I filed on behalf of David Zayas on August 15, 2022. Currently, my reply papers are due on September 30, 2022. I am seeking this two-week extension because I will be on trial beginning September 28, 2022. If approved, my reply papers would be due on October 14, 2022.

    I have communicated with AUSA Josiah Pertz and he does not object to this request.

    Thank you for your consideration.

                                              Sincerely,

                                            /s/

                                            Benjamin Gold
                                            Assistant Federal Defender

cc:    AUSA Timothy Josiah Pertz

**Deft's request for a 2 week extension, from Sept. 30, 2022 until Oct. 14, 2022, to file his reply papers is GRANTED without objection by the Gov't. The telephonic Status Conf. remains scheduled for Nov. 10, 2022 at 4:00 pm. Clerk of Court is requested to terminate the motion at ECF No. 19.**
**Dated: White Plains, NY**
        **Sept. 22, 2022**    SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/22/2022