# Exhibit A

**FOIL Reply**

**Section 3**

*All records regarding the use of ALPR technology, including*

    a. *what types of data are obtained;*
    b. *number of license plates scanned and/or read in a given time period (day, month, year, etc.);*
    c. *the number of ALPR cameras, units or systems acquired;*
    d. *the number of vehicles equipped with ALPR technology;*
    e. *for stationary deployments, the number and physical location of ALPR units;*
    f. *the technical capabilities of the ALPR units;*

A. The following data is collected with each license plate read;
    a. Date
    b. Time
    c. Location (Lat/Long)
    d. What it believes the License Plate State (completed by machine learning)
    e. What it believes the License Plate characters are
    f. Computational data where the vehicle and plate are in the image (X,Y)

B. # of Plates scanned
    a. As of 01/30/2023, 16.2 million per week (The number fluctuates based on equipment being broken, weather, etc)

C. # of ALPR camera
    a. We manage 480 cameras currently in our system
        i. Approximately ½ of those cameras where purchased by Westchester
        ii. I can break it down by Agency but that will take some time. I have to look at each site and determine who paid for it.

D. # of Mobile Systems
    a. 46 Mobile Systems Total
        i. 23 belong to Westchester
        ii. 23 to Outside Agencies

E. # of Stationary / Locations
    a. 434 Stationary Systems
        i. Westchester County
        ii. Other Agencies
    b. Locations – Those we cannot release as it will effect current future investigations

F. Technical Capabilities
    a. Can you be more specific? What exactly are you looking for?

i. Maybe check the Rekor Website, that is the software vendor we are using. Specifically Rekor Scout.

## Section 4

*All records regarding the storage of data obtained using ALPR technology, including*

    a. *how long data is stored;*
    b. *when data must be discarded;*
    c. *how many individual license plate scan records your agency currently stores;*

A. Data Storage
    a. We follow the NYS MPTC recommendations and store data for 24 months
    b. Automatically deleted after 24 months, unless specifically attached to an investigation.
    c. Exact number is unknown, I calculate the number to be weekly reads times 104 weeks. 1,664,000,000

## Section 5

*All records regarding access to ALPR data, including*

    a. *the legal justification required before an individual accesses ALPR data;*
    b. *purposes for which the data may be accessed;*
    c. *purposes for which the data may not be accessed;*
    d. *who may access the data, what procedures they must go through to obtain access, and who must authorize access;*
    e. *the existence or non-existence of any audit trails or other system that records who accesses the data and when the data is accessed;*

A. According to Department Policy; it's a legitimate law enforcement purpose. Copy of Policy to be attached.
B. See above
C. See above
D. Obtain access must go thru an Intel Unit supervisor or their designee and he/she must be a sworn Law Enforcement officer or crime analyst working under direct supervision of a L/E officer.
E. System has an audit trail that tracks login, search's, alert list creation/deletion