# Exhibit B



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main St. Suite 1100*
*White Plains, New York 10606*

December 21, 2022

**By Email**
Ben Gold, Esq.
Federal Defenders of New York Inc.
81 Main Street, Suite 300
White Plains, New York 10601
Email: ben_gold@fd.org

    Re:    *United States v. David Zayas,* **22 Cr. 178**

Dear Mr. Gold:

    This letter provides discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.") and seeks reciprocal discovery. [1] These materials are subject to protective order. (Dkt. No. 8.)

**Document Disclosure by the Government**

    Based on your request for discovery in this case, and per the Court's opinion and order of November 7, 2022 (the "November 7 Opinion," Dkt. No. 23), I have enclosed copies of the following materials, stamped with control numbers USAO_00152, USAO_00154-00177:

A New York State Division of Criminal Justice Services log of narcotics detection training for Officer DiRienzo and K-9 Liberty (the "Training Log");

An audit of the searches for license plate 3CD192;

LPR information regarding license plate 3CD192, including, for instance, photos of the vehicle, camera location, time, and direction of travel;

Policy statements maintained by Westchester County Department of Public Safety ("WCPD") regarding LPR usage;

---

[1] In addition to information provided herein, please note that this Office periodically posts content on social media platforms including Twitter, Facebook and YouTube. Members of the public may post comments in response to the Office's postings. We do not control these user-generated comments, nor do we monitor or regularly review such comments. You may directly access these social media platforms in the event you believe someone may have posted information relevant to this case.

The License Plate Readers Model Policy (March 2021), issued by the New York State Division of Criminal Justice Services; and

A slide deck (the "Driving Route Slide Deck"), prepared by Homeland Security Investigations Special Agent Michael Flanagan, showing photos from Google Maps, representing the route traveled by the defendant between two LPR readers on or about March 10, 2022, and the speed limits of the various segments of the route.

**Disclosure Regarding License Plate Reader Data**

By letter dated November 10, 2022 (the "November 10 Discovery Letter"), you requested certain discovery regarding license plate reader ("LPR") data.

The attached Driving Route Slide Deck shows photos of the route traveled by the defendant's vehicle on or about March 10, 2022, between two LPR readers ("LPR Location 1" and "LPR Location 2"). The defendant's Chevy Equinox passes LPR Location 1 at approximately 2:42 p.m., and LPR Location 2 at approximately 2:51 p.m.  The distance between LPR Location 1 and LPR Location 2 is approximately 7.6 roadway miles, constituting three segments along which the speed limit varies.  According to Special Agent Flanagan's measurements, the speed limit along that 7.6-mile route was 55 mph for approximately 3.3 miles of the distance, 50 mph for approximately 2.9 miles, and 45 mph for approximately 1.4 miles.

Apart from the information in the documents produced, WCPD does not store camera information for each camera that captured the defendant's vehicle.  Nor does WCPD maintain a separate "Analytic Report" resulting in the identification of or related to the defendant's vehicle.

To the extent the November 10 Discovery Letter requests "any memorandum, emails or documents" regarding policies and procedures relating to joint investigations involving the WCPD and other agencies, this requests materials that are outside the scope of the Government's discovery obligations. In addition, the Government is unaware of any memorandum setting forth the policies of joint investigations between and among WCPD and Homeland Security Investigations and the Drug Enforcement Administration regarding the identification of vehicles "exhibiting patterns indicative of narcotics trafficking or other crime patterns."

The location of fixed LPR cameras linked to the Westchester County Real Time Crime Center is outside the scope of the Government's discovery obligations. In addition, the locations of such cameras – of which there are hundreds if not thousands – change frequently.

Production of all LPR "database records showing the number of historical vehicle scans currently in the database and the number of unique vehicle scans" would be outside the scope of the Government's discovery obligations in this case. Such records are estimated in the billions.

It is the Government's understanding that WCPD does not maintain activity reports or quarterly the use of the LPR system. WCPD likewise does not maintain "written agreements memorializing the terms of any ALPR equipment or data sharing programs between Westchester RTC and other law enforcement agencies or other public agencies."

It is the Government's understanding that WCPD does not maintain "written agreements memorializing the terms of any ALPR equipment or data sharing programs between Westchester RTC and any private agencies."

It is the Government's understanding that WCPD does not maintain "contracts, purchase orders, or agreements with ALPR hardware or software vendors."

## Disclosure Regarding K-9 Liberty

The November 7 Opinion orders the Government to produce "discovery on the K-9's training, field performance, and instances of false positives." (Dkt. No. 23 at 2.) The November 10 Letter specifically seeks "[a]ll information, documentation, and data on the K-9's instances where the K-9 indicated that drugs or other contraband were present where no drugs or other contraband were recovered." (November 10 Discovery Letter at 1 n.2.)

Liberty has been deployed into the field approximately 85 times since starting work at WCPD in July 2021. She is trained to signal after detecting the odor of narcotics, an odor which may be present even if law enforcement does not recover narcotics. Such signaling when narcotics are not recovered does not indicate a "false" impression regarding the presence of narcotics, only that the odor of narcotics is present. WCPD does not keep statistics or logs regarding so-called "false positives," nor on the number of times a narcotic substance has been recovered after a positive indication. At times in the field, Liberty may be distracted by traffic, including by loud noises from cars (e.g., mufflers). Liberty's handler, Officer David DiRienzo, would then redirect Liberty back to the task. Accordingly, such distractions amount to temporary pauses in the process of narcotics odor detection rather than a factor that has prevented Liberty from signaling the presence of narcotics odor.

Liberty received training as indicated on the Training Log. In addition, Officer DiRienzo provides daily training as follows. Officer DiRienzo hides between two and four samples of narcotics, of different quantities and types. Officer DiRienzo then deploys Liberty to find each sample. When Liberty alerts, she receives a reward. Initially, this reward was food; more recently, she has come to be rewarded with time to play with a toy, typically a tug toy or ball. At times during this training, Liberty might be temporarily distracted, e.g., by birds, or the need to defecate or urinate – after which Officer DiRienzo would refocus Liberty on the drug-finding task. During this daily training, Liberty has never failed to find the hidden substance.

Page 4

Liberty received training from Deputy William McKay of the Dutchess County Sheriff's Office, wmckay@dutchessny.gov. The contact information for the K9 accreditation program for the State of New York, which accredited Liberty, is below:

New York State Division of Criminal Justice Services
Ashley Sheroka
Law Enforcement Accreditation Program
Criminal Justice Program Specialist I
80 South Swan St., Albany, NY 12210
(518) 485-2838 | dcjscanine@dcjs.ny.gov

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____
T. Josiah Pertz
Assistant United States Attorney
(914) 993-1966