```
Federal Defenders                                    Southern District
OF NEW YORK, INC.                          81 Main Street, Suite 300
                                           White Plains, N.Y. 10601-4150
                                           Tel: (914) 428-7124 Fax: (914) 948-5109
```

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 13, 2023

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. David Zayas**
            **22 CR 178 (NSR)**

Dear Honorable Román:

    I am writing to ask that the hearings scheduled for March 14, 2023 be postponed. As Your Honor is probably aware, Westchester is expected to experience heavy snow tonight. Moreover, Mr. Zayas lives in Webster, Massachusetts, which, according to weather.com, is subject to a "Winter Storm Warning" due to an overnight forecast of between 6 and 12 inches of snow. Under these circumstances, I worry that Mr. Zayas will have difficulty travelling to White Plains, which is why I ask for a short adjournment. My understanding from speaking to Your Honor's Courtroom Deputy is that the Court has availability on March 22, 2023 at 10:30am. As such, I ask that the hearings be postponed accordingly. I have communicated with AUSA Josiah Pertz and he does not object to this request.

    Thank you for your consideration of this request.

                                    Sincerely,

                                    /s/

                                  Benjamin Gold
                                  Assistant Federal Defender

cc:    AUSA Timothy Joisha Pertz