UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,                        **MEMORANDUM**

       -against-                                  22 Cr. 178 (NSR)

DAVID ZAYAS,

                         Defendant.
------------------------------------------------------------x

TO:  Nelson S. Román, United States District Judge:

      Please find attached a transcript of the June 28, 2023 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 8, 2023
       White Plains, New York

                                                          Respectfully Submitted,

                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge