United States District Court
Southern District of New York
-------------------------------------------------

United States of America,

               -against-              **ORDER**

                                        22 cr 178 (NSR)

David Zayas.

               Defendant.

-------------------------------------------------

Upon motion by the defendant made at Mr. Zayas's sentencing, and pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the bond executed on behalf of Mr. Zayas is ordered exonerated and any posted bail should be released and returned. Additionally, it hereby ordered that Mr. Zayas's passport, which had previously been provided to Pretrial Services, shall be returned to Mr. Zayas.

SO ORDERED.

Dated: January 25, 2024
White Plains, New York

                                               The Honorable Nelson S. Román
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/25/2024